UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3:12cv415

DATA DRIVEN SAFETY, INC.,

        Plaintiff,

vs.

DRIVER'S HISTORY, INC.,

        Defendant.

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NON-GOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NON-GOVERNMENTAL PARTIES AS WELL AS NON-GOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u>Driver's History Information Sales, LLC (incorrectly named Driver's History, Inc.)</u>, who is a <u>Defendant</u>, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
    ( ) Yes    (X) No

2. Does party have any parent corporations?
    ( ) Yes    (X) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   () Yes   (X) No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation:
   ( ) Yes   (X) No

   If yes, identify entity and nature of interest:

/s/Karen H. Chapman                                  July 10, 2012
**POYNER SPRUILL LLP**

Karen H. Chapman
N.C. State Bar No. 33856
Joshua B. Durham
N.C. State Bar No. 25414
301 South College Street, Suite 2300
Charlotte, NC 28202
Telephone:  (704) 342-5250
Facsimile:   (704) 342-5264
Email:  kchapman@poynerspruill.com
        jdurham@poynerspruill.com

ATTORNEYS FOR DRIVER'S HISTORY INFORMATION SALES, LLC (INCORRECTLY NAMED AS DRIVER'S HISTORY, INC.)

# CERTIFICATE OF SERVICE

I hereby certify that the following foregoing "Disclosure of Corporate Affiliations" has been served upon the following persons via Clerk of Court using the CM/ECF system which sends notification of such filing to the following:

> Brian A. Kahn
> bkahn@mcguirewoods.com
>
> Lauren B. Loftis
> lloftis@mcguirewoods.com
>
> ATTORNEYS FOR PLAINTIFF

This the 10th day of July, 2012.

/s/ Karen H. Chapman
Karen H. Chapman