# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CASE NO.

|  |  |
|---|---|
| Plaintiff(s), | ) |
| v. | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
## WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form need be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual nongovernmental parties as well as nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically filed, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

_____ who is _____
*(Name of Party)*                                        *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   Yes                    No


2. Does party have any parent corporations?
   Yes                    No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:


3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   Yes                    No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

                  Yes                No

If yes, identify entity and nature of interest:

s/_____     _____

Signature                           Date

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this 3rd day of August, 2012, served the foregoing **Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation** on all parties and/or attorneys of record via the CM/ECF system as follows:

**Karen H. Chapman**
Email:  kchapman@ poynerspruill.com

**Joshua B. Durham**
Email:  jdurham@poynerspruill.com

ATTORNEYS FOR DEFENDANT

/s/ Lauren B. Loftis