UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
File No. 3:12cv415

DATA DRIVEN SAFETY, INC.,

                  Plaintiff,

vs.

DRIVER'S HISTORY, INC.,

                  Defendant.

**NOTICE OF APPEARANCE**

      Defendant Driver's History, Inc. ("Defendant"), by and through undersigned counsel, hereby gives notice that the undersigned, Jason B. James of Poyner Spruill LLP, 301 South College Street, Suite 2300, Charlotte, North Carolina 28202 is appearing on behalf of Defendant in this matter and requests that a copy of all pleadings be served on him.

   This the 11th day of January, 2013.

                                          **POYNER SPRUILL LLP**

                              By:   /s/ Jason B. James
                                          Karen H. Chapman
                                          N.C. State Bar No. 33856
                                          Joshua B. Durham
                                          N.C. State Bar No. 25414
                                          Jason B. James
                                          N.C. State Bar No. 27910
                                          301 South College Street, Suite 2300
                                          Charlotte, NC 28202-6041
                                          Telephone: 704.342.5250
                                          Facsimile:  704.342.5264
                                          Email: kchapman@poyners.com
                                                          jdurham@poynerspruill.com
                                                          jjames@poynerspruill.com

                                          *ATTORNEYS FOR DRIVER'S HISTORY*
                                          *INFORMATION SALES, LLC*
                                          *(INCORRECTLY NAMED DRIVER'S*
                                          *HISTORY, INC.)*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Brian A. Kahn
>bkahn@mcguirewoods.com
>
>Lauren B. Loftis
>lloftis@mcguirewoods.com
>
>ATTORNEYS FOR PLAINTIFF

This the 11th day of January, 2013.

>/s/ Jason B. James
>Jason B. James