# EXHIBIT 1

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id :

```
Status Report For:      DRIVERS HISTORY INC.
Report Date:            1/9/2013
Confirmation Number:    3009217980
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:
Business Type:          DOMESTIC PROFIT CORPORATION
Status:                 ACTIVE
Original Filing Date:   12/22/2006
Stock Amount:           10000000
Home Jurisdiction:      NJ
Status Change Date:     01-25-2012
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start    07-16-2011
Date:
DOR Suspension End      01-25-2012
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:    DECEMBER
Last Annual Report      01/25/2012
Filed:
Year:                   2011
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                   BUSINESS FILINGS INCORPORATED
Agent/SOP Address:       820 BEAR TAVERN ROAD ,WEST TRENTON,NJ,08628
Address Status:          DELIVERABLE
Main Business Address:   1 KEYSTONE AVENUEUNIT 700,CHERRY
                         HILL,NJ,08003
Principal Business       N/A
Address:
```

**ASSOCIATED NAMES**

```
Associated Name:        N/A
Type:                   N/A
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

       Title:                    CHIEF EXEC. OFFICER (CEO)
       Name:                    ESPOSITO,STEPHEN
       Address:                50 MANOR HOUSE DRIVE ,CHERRY HILL,NJ 08003
       Title:                    CHIEF EXEC. OFFICER (CEO)
       Name:                    NICHOLS,SCOTT
       Address:                3772 SUNRIDGE DRIVE ,PARK CITY,UT 84098

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

       Original Filing       2006
       (Certificate)Date:

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2011 |
| REINSTATED (ANNUAL REPORTS) | 2012 |

Note:
Copies of some of the charter documents above, particularly those filed before August 1988 and recently filed documents (filed less than 20 work days from the current date),

may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.