# EXHIBIT 2

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id :

```
Status Report For:       DRIVERS HISTORY INFORMATION SALES LLC
Report Date:             1/9/2013
Confirmation Number:     3009217981
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:
Business Type:           DOMESTIC LIMITED LIABILITY COMPANY
Status:                  ACTIVE
Original Filing Date:    08/12/2009
Stock Amount:            N/A
Home Jurisdiction:       NJ
Status Change Date:      NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start     N/A
Date:
DOR Suspension End       N/A
Date:
Tax Suspension Start     N/A
Date:
Tax Suspension End       N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:     AUGUST
Last Annual Report       06/29/2012
Filed:
Year:                    2012
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                   STEPHEN ESPOSITO
Agent/SOP Address:       1 KEYSTONE AVE UNIT 700,CHERRY HILL,NJ,08003
Address Status:          DELIVERABLE
Main Business Address:   1 KEYSTONE AVENUEUNIT 700,CHERRY
                         HILL,NJ,08003
Principal Business       N/A
Address:
```

**ASSOCIATED NAMES**

```
Associated Name:         CSI
Type:                    FC
```

```
Associated Name:       DHI
Type:                  FC
Associated Name:       DRIVERS HISTORY
Type:                  FC
Associated Name:       COURT SERVICES
Type:                  FC
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

```
Title:                 CHIEF EXEC. OFFICER (CEO)
Name:                  ESPOSITO,STEPEHEN
Address:               50 MANOR HOUSE DRIVE ,CHERRY HILL,NJ 08003
Title:                 CHIEF EXEC. OFFICER (CEO)
Name:                  NICHOLS,SCOTT
Address:               3772 SUNRIDGE DRIVE ,PARK CITY,UT 84098
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
Original Filing        2009
(Certificate)Date:
```

Changes and Amendments to the Original Certificate:

```
Filing Type            Year Filed
ALTERNATE NAME FILING  2012
```

```
ALTERNATE NAME FILING   2012
ALTERNATE NAME FILING   2012
ALTERNATE NAME FILING   2012
```

Note:
Copies of some of the charter documents above, particularly those filed before August 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.