**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:12-CV-415-RJC-DCK**

| | | |
|---|---|---|
| **DATA DRIVEN SAFETY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DRIVER'S HISTORY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Extension Of Time To Respond To Plaintiff's Motion To Strike Answer And Counterclaim" (Document No. 18) filed February 28, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

       **IT IS THEREFORE, ORDERED** that Defendant's "Consent Motion For Extension Of Time To Respond To Plaintiff's Motion To Strike Answer And Counterclaim" (Document No. 18) is **GRANTED.** Defendant shall have up to and including **March 11, 2013** to answer or otherwise respond to Plaintiff's Motion to Strike Answer and Counterclaim (Document No. 17).

Signed: March 1, 2013

David C. Keesler
United States Magistrate Judge

2