UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO. 3-12-CV-415

DATA DRIVEN SAFETY, INC.,

                Plaintiff,

v.

DRIVER'S HISTORY, INC.,

                Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Data Driven Safety, Inc. ("DDS") and Defendant Driver's History, Inc. ("DHI"), by and through counsel, having first conferred, hereby jointly stipulate to dismiss all claims and counterclaims in this action with prejudice pursuant to their settlement of this matter and Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c)(1).

Respectfully submitted, this the 19th day of June, 2013.

| MCGUIREWOODS LLP | POYNER SPRUILL LLP |
|---|---|
| By:/s Lauren B. Loftis | By: /s/ Jason B. James |
| Brian A. Kahn | Karen H. Chapman |
| N.C. Bar No. 29291 | N.C. State Bar No. 33856 |
| Lauren B. Loftis | Joshua B. Durham |
| N.C. Bar No. 41391 | N.C. State Bar No. 25414 |
| 201 North Tryon Street, Suite 3000 (28202) | Jason B. James |
| Post Office Box 31247 | N.C. State Bar No. 27910 |
| Charlotte, North Carolina 28231 | 301 South College Street, Suite 2300 |
| Telephone: 704-343-2356 | Charlotte, NC 28202-6041 |
| Facsimile: 704-343-2300 | Telephone: 704.342.5250 |
| | Facsimile: 704.342.5264 |
| *Attorneys for Plaintiff Data Driven Safety, Inc.* | Email: kchapman@poyners.com |
| |        jdurham@poynerspruill.com |
| |        jjames@poynerspruill.com |
| | *Attorneys for Defendant Driver's History, Inc.* |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this 19th day of June, 2013, served the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** on all parties and/or attorneys of record via the CM/ECF system as follows:

**Jason B. James**
Email: jjames@poynerspruill.com

**Karen H. Chapman**
Email: kchapman@poynerspruill.com

**Joshua B. Durham**
Email: jdurham@poynerspruill.com

ATTORNEYS FOR DEFENDANT

/s/ Lauren B. Loftis